**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>        Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM) |
| FAIRFIELD SENTRY LIMITED, et al. (IN LIQUIDATION), acting by and through the Foreign Representatives thereof,<br><br>        Plaintiffs,<br><br>    v.<br><br>THEODOOR GGC AMSTERDAM, et al.,<br><br>        Defendants, | Adv. Pro. No. 10-03496<br><br>Administratively Consolidated |
| This Notice of Withdrawal is submitted in the following Adversary Proceedings:<br><br>10-3619  10-3628  10-3629  10-3630  10-3631<br>10-3633  10-3634  11-1594  12-1270  12-1290<br>12-1556 | |

## NOTICE OF WITHDRAWAL OF ATTORNEY

PLEASE TAKE NOTICE that Christine M. Jordan respectfully requests the withdrawal of her appearance as counsel for defendants HSBC Institutional Trust Services (Asia) Limited in Adv. Pro. No. 10-3619, Robinson and Company in Adv. Pro. No. 10-3628, Murdoch and Company in Adv. Pro. No. 10-3628, Republic Nominees Limited (f/k/a HSBC Private Banking Nominee 1 (Jersey) Limited) in Adv. Pro. No. 10-3629, HSBC Securities Services (Luxembourg) S.A. in Adv. Pro. No. 10-3630, HSBC Private Bank (C.I.) Limited (f/k/a HSBC Private Bank (Guernsey) Limited) in Adv. Pro. No. 10-3631, Republic Nominees Limited in

Adv. Pro. No. 10-3631, HSBC Private Bank (Suisse) S.A. in Adv. Pro. No. 10-3633, HSBC Bank USA, N.A. in Adv. Pro. No. 10-3634, HSBC Trust Company AG (f/k/a HSBC Guyerzeller Trust Company AG) in Adv. Pro. No. 11-1594, HSBC Latin America Holdings (UK) Limited (successor-in-interest to HSBC Securities (Panama) S.A.) in Adv. Pro. No. 12-1270, HSBC International Trustee Limited in Adv. Pro. No. 12-1290, Somers Nominees (Far East) Limited in Adv. Pro. No. 12-1556, and HSBC Bank Bermuda Limited in Adv. Pro. No. 12-1556 (collectively, the "HSBC Defendants"). Following January 10, 2023, Christine M. Jordan will no longer be associated with the firm Cleary Gottlieb Steen & Hamilton LLP.

PLEASE TAKE FURTHER NOTICE that other attorneys at Cleary Gottlieb Steen & Hamilton LLP including Jeffrey A. Rosenthal, Nowell D. Bamberger, and Joseph M. Kay will continue to represent the HSBC Defendants in the above-captioned actions.

Dated: New York, New York
January 10, 2023

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: */s/ Christine M. Jordan*
Christine M. Jordan

One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999

*Attorney for the HSBC Defendants*